

**FILED**

02/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0092

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0092

FILED

FEB 25 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RONALD MASCARENA,

Petitioner,

v.

ORDER

LT. JASON VALDEZ, YELLOWSTONE
COUNTY DETENTION CENTER,

Respondent.

---

Ronald Mascarena has filed a Petition for Writ of Habeas Corpus, indicating that his sentence upon revocation is longer than the law allows, pursuant to § 46-18-203(7)(a)(ii)(A) or (B), MCA. Mascarena's arguments are not entirely clear, and may advance a flawed theory, but review of the petition raises a question about the legality of his revocation sentence for an apparent compliance violation. Section 46-18-203(7)(a)(iii), MCA; § 46-23-1001(3)(a) (b), and (d), MCA. We deem it appropriate to obtain a response from the State. Therefore,

IT IS ORDERED that the Department of Corrections or the Attorney General is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus, supported by any appropriate exhibits. No extensions of time will be granted.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel for the Department of Corrections and to the Attorney General, and to Petitioner personally.

DATED this 25th day of February, 2022.

_____
Justice